# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:08CV141
## (1:04CR18)

| | |
|---|---|
| JONATHAN LEE SHULL, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| ) | |

**THIS MATTER** is before the Court on the Petitioner's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 filed April 1, 2008.

After review of the motion, the Court finds the United States should file response to the issues raised therein.

**IT IS, THEREFORE, ORDERED** that the United States file answer to the petition filed herein on or before 120 days from service of this Order.

Signed: April 22, 2008

Lacy H. Thornburg
United States District Judge